IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>      Plaintiff,<br><br>  v.<br><br>ANDREA BECK,<br><br>      Defendant.<br>                                       / | No. C 06-80349 MISC-SI<br><br>**PRE-FILING REVIEW ORDER: COMPLAINT NOT ACCEPTED FOR FILING** |

On December 5, 2006, plaintiff filed a complaint and an application to proceed *in forma pauperis* in this Court. In accordance with the Court's February 14, 2006 Order Adjudging Plaintiff a Vexatious Litigant Subject to Pre-Filing Review, the Court reviewed plaintiff's complaint to determine whether it should be accepted for filing. The Court concludes that plaintiff's complaint, which alleges that defendant stole $750.00 from him, fails to establish any basis for federal jurisdiction. Accordingly, plaintiff's complaint shall not be accepted for filing, and plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

**IT IS SO ORDERED.**

Dated: December 18, 2006

                                                          SUSAN ILLSTON<br>
                                                          United States District Judge